IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VALERO ENERGY CORPORATION  Plaintiff,  v.  U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,  Defendants. | Case No. 7:17-CV-00004-O |

**DEFENDANTS' MOTION TO DISMISS**

Defendants United States Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency, hereby move to dismiss the Complaint for improper venue pursuant to Rule 12(b)(3) and lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for the reasons stated in the attached memorandum.

Dated:  March 27, 2017                             Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Lisa Bell*
Lisa Bell
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-9275
Facsimile: (202) 514-8865
Lisa.Bell@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On March 27, 2017, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically.

                                                *s/  Lisa Bell*
                                                Lisa Bell, Trial Attorney