# EXHIBIT A

Case 7:17-cv-00004-O   Document 33   Filed 07/18/17   Page 1 of 5   PageID 663

Case 7:17-cv-00004-O   Document 33   Filed 07/18/17   Page 2 of 5   PageID 664

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| VALERO ENERGY CORPORATION and its subsidiaries, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 7:17-cv-00004-O |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**SUPPLEMENT TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Valero Energy Corporation and its subsidiaries ("Valero") respectfully submit this evidentiary supplement to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss, Dkt. 23 ("Plaintiffs' Response"). Attached hereto as Exhibit 1 is the Declaration of Richard Walsh offered in support of the factual assertions on page 8, footnote 4 of Plaintiffs' Response. Dkt. 23 at 8 n.4.

Dated: June 19, 2017

Respectfully submitted,

BRACEWELL LLP

*/s/ Christopher L. Dodson*
Christopher L. Dodson
Texas Bar No. 24050519
William A. Moss
Texas Bar No. 24078041
Jaclyn Kalinoski
Texas Bar No. 24093776
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: 713.223.2300
chris.dodson@bracewellaw.com

Brittany M. Pemberton

(admitted in the District of Columbia and Virginia; admitted *pro hac vice*)
BRACEWELL LLP
2001 M Street, N.W., Suite 900
Washington, District of Columbia 20036
Telephone: 202.828.5800
brittany.pemberton@bracewell.com

Clara Poffenberger
(admitted *pro hac vice*)
CLARA POFFENBERGER ENVIRONMENTAL LAW AND POLICY LLC
2933 Fairhill Road
Fairfax, Virginia 22031
Telephone: 703.231.5251
clara@airandclimatelaw.com

*Counsel for Valero Energy Corporation and its subsidiaries*

## CERTIFICATE OF SERVICE

On June 19, 2017, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically.

*/s/ Christopher L. Dodson*
Christopher L. Dodson

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| VALERO ENERGY CORPORATION<br>and its subsidiaries,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, *et al.*,<br><br>      Defendants. | CIVIL ACTION NO. 7:17-cv-00004-O |

### DECLARATION OF RICHARD WALSH

I, Richard J. Walsh, declare as follows.

1. My name is Rich Walsh. I am over eighteen (18) years of age, of sound mind, have never been convicted of a felony or misdemeanor involving moral turpitude, and am fully competent to make this declaration.

2. I am employed as Senior Vice President and Deputy General Counsel for Valero Energy Corporation ("Valero"). My job responsibilities generally include directing and overseeing Valero's Commercial Litigation and Regulatory Law Divisions of the legal department. My duties including interfacing with key regulatory agencies such as the U.S. Environmental Protection Agency ("EPA").

3. On July 7, 2015, I participated in a meeting on Valero's behalf with EPA Region 6 Administrator Ron Curry and other Region 6 personnel at their offices at 1445 Ross Avenue, Dallas, Texas 75202 regarding the Point of Obligation.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2017.

                                                                              Richard J. Walsh